# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| MELISSA ANNETTE SWAIM | Case Number: DNCW505CR000009-026 |
| | USM Number: 19937-058 |
| | |
| | Elizabeth Blackwood |
| | Defendant's Attorney |

**THE DEFENDANT:**

- X admitted guilt to violation of condition(s) 2, 3, & 4 in the original petition & 1 & 2 of the addendum of the term of supervision.
- ___ Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to report to probation officer as instructed | 9/9/11 |
| 3 | Drug/alcohol use | 6/13/11 |
| 4 | Failure to comply with drug testing/treatment requirements | 8/30/11 |
| 1 | New law violation | 8/17/11 |
| 2 | New law violation | 9/22/11 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

- X Violation number 1 of the original petition and violation numbers 3 & 4 of the addendum are dismissed upon motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: February 6, 2012

Signed: February 9, 2012

Richard L. Voorhees
United States District Judge

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FOURTEEN (14) MONTHS</u>.

Defendant is to be given credit for time served since 1/6/12.

**NO TERM OF SUPERVISED RELEASE TO FOLLOW TERM OF IMPRISONMENT.**

<u>X</u>　　The Court makes the following recommendations to the Bureau of Prisons:

That defendant be moved to the Mecklenburg County Jail or designated to a Bureau of Prisons facility as close to Charlotte, NC, as possible.

<u>X</u>　　The Defendant is remanded to the custody of the United States Marshal.

___　　The Defendant shall surrender to the United States Marshal for this District:

　　　___　　As notified by the United States Marshal.

　　　___　　At___a.m. / p.m. on ___.

___　　The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　　___　　As notified by the United States Marshal.

　　　___　　Before 2 p.m. on ___.

　　　___　　As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

　　　　　　　　　　　　　　　　　　　_____  
United States Marshal

　　　　　　　　　　　　　　　　By: _____  
　　　　　　　　　　　　　　　　　　　　Deputy Marshal